**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cheryl McClashie-Gant          CHAPTER 13
                Debtor(s)

                                      BKY. NO. 22-11139 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Brian C. Nicholas**
                                      Brian Nicholas
                                      27 Sep 2022, 17:17:07, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322