UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *      CHAPTER 13
MARVIN .A BROOKS                    *      BANKRUPTCY NO. 19-15914
                                    *
                    Debtors

### DEBTORS' OBJECTION TO CERTIFICATE OF DEFAULT

Debtor, Marvin A. Brooks, by and through his attorney, Kenneth G. Harrison, Esquire, respectfully represents the following:

1.   Mortgage company, Flagstar Bank, filed a Certification of Default concerning a Stipulation.

2.   Mortgage company claims that Debtor did not pay all of the mortgage statements.

3.   Debtor objects to the Certification of Default on the following grounds:

A.   Debtor has made payments during the time periods of alleged non-payment by the mortgage company.  See Exhibit "A".

B.   Debtor's attorney attempted to fax proof of payments to Mortgage company's attorney, as per the Notice of Default, but the fax machine was always busy.

WHEREFORE, Debtor respectfully requests that this Honorable Court dismiss this Certification of Default.

Respectfully submitted,

_____
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053



**PNC BANK**

020
CHESTNUT HILL (661)
8340 GERMANTOWN AVENUE
PHILADELPHIA, PA, 19118
Cashbox 09

| | |
|---|---|
| Business Date | OCT 25, 2021 |
| Calendar Date | OCT 25, 2021 |

| | | |
|---|---|---|
| Purchase | | 11:33 |
| Transaction Number | | 00164 |
| Account Type | | Official Check |
| Account Number | | XXXXXXXXX |
| Document Number | | 4941947 |
| Transaction Amount | $ | 3,426.00 |
| Funded by Check | $ | 3,426.00 |

Payee:
FLAGSTAR
.Remitter:
MARVIN BROOKS

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank. Deposits may not be available for
immediate withdrawal. Receipt should be held
until verified with your statement.

FOR MORE INFORMATION AND EXAMPLES OF WHEN
DEPOSITS BECOME AVAILABLE, GO TO
WWW.PNC.COM/BANKWISELY

**PNC BANK**

060
FLEMINGTON (035)
240 US HIGHWAY 202 31 N
FLEMINGTON, NJ, 08822
Cashbox 07

| | |
|---|---|
| Business Date | AUG 27, 2021 |
| Calendar Date | AUG 27, 2021 |

| | | |
|---|---|---|
| Purchase | | 12:50 |
| Transaction Number | | 00136 |
| Account Type | | Official Check |
| Account Number | | XXXXXXXXX |
| Document Number | | 03870875 |
| Transaction Amount | $ | 1,713.00 |
| Funded by Check | $ | 1,713.00 |

Payee:
FLAGSTAR BANK
Remitter:
MARVIN BROOKS

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank. Deposits may not be available for
immediate withdrawal. Receipt should be held
until verified with your statement.

FOR MORE INFORMATION AND EXAMPLES OF WHEN
DEPOSITS BECOME AVAILABLE, GO TO
WWW.PNC.COM/BANKWISELY



**PNC BANK**

060
FLEMINGTON (035)
240 US HIGHWAY 202 31 N
FLEMINGTON, NJ, 08822
Cashbox 02

| | |
|---|---|
| Business Date | APR 29, 2022 |
| Calendar Date | APR 29, 2022 |

| | | |
|---|---|---|
| Purchase | | 16:55 |
| Transaction Number | | 00220 |
| Account Type | | Official Check |
| Account Number | | XXXXXXXXX |
| Document Number | | 03925003 |
| Transaction Amount | $ | 1,713.00 |
| Funded by Check | $ | 1,713.00 |

Payee:
FLAGSTAR BANK
Remitter:



**PNC BANK**

020
1600 MARKET STREET (670)
1600 MARKET STREET
PHILADELPHIA, PA, 19103
Cashbox 11

| | |
|---|---|
| Business Date | APR 18, 22 |
| Calendar Date | APR 18 |

| | | |
|---|---|---|
| Transaction Number | | 00142 |
| Account Type | | Official Check |
| Account Number | | XXXXXXXXX |
| Document Number | | 5052852 |
| Transaction Amount | $ | 1,713.00 |
| Funded by Check | $ | 1,713.00 |

Payee:
FLAGSTAR BANK
Remitter:



### PNCBANK

060
FLEMINGTON (035)
240 ROUTE 202
FLEMINGTON, NJ, 08822
Cashbox 03

| | |
|---|---|
| Business Date | JUN 4, 2021 |
| Calendar Date | JUN 4, 2021 |
| | |
| Purchase | 16:55 |
| Transaction Number | 00086 |
| Account Type | Official Check |
| Account Number | XXXXXXXXX |
| Document Number | 038*5160 |
| Transaction Amount $ | 1,713.00 |
| Funded by Check $ | 1,713.00 |

Payee:
FLAG STAR BANK
Remitter:
MARVIN BROOKS

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank. Deposits may not be available for
immediate withdrawal. Receipt should be held
until verified with your statement.

FOR MORE INFORMATION AND EXAMPLES OF WHEN
DEPOSITS BECOME AVAILABLE, GO TO
WWW.PNC.COM/BANKWISELY



### PNCBANK

060
FLEMINGTON (035)
240 ROUTE 202
FLEMINGTON, NJ, 08822
Cashbox 04

| | |
|---|---|
| Business Date | JUN 25, 2021 |
| Calendar Date | JUN 25, 2021 |
| | |
| Purchase | 16:54 |
| Transaction Number | 00266 |
| Account Type | Official Check |
| Account Number | XXXXXXXXX |
| Document Number | 03825329 |
| Transaction Amount $ | 1,713.00 |
| Funded by Check $ | 1,723.00 |
| Fee Amount $ | 10.00 |

Payee:
FLAG STAR BANK
Remitter:
MARVIN BROOKS

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank. Deposits may not be available for
immediate withdrawal. Receipt should be held
until verified with your statement.

FOR MORE INFORMATION AND EXAMPLES OF WHEN
DEPOSITS BECOME AVAILABLE, GO TO
WWW.PNC.COM/BANKWISELY

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *      CHAPTER 13
MARVIN A. BROOKS                          *      BANKRUPTCY NO. 19-15914
                                          *
                        Debtor            *

## ORDER

AND NOW, this      day of              , 2022, upon
consideration of Debtor's Objection to Certification of Default,
it is hereby ORDERED and DECREED that;

said Certification is DENIED


BY THE COURT:


_____
                                                              J.


Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, Pa 19106

Kenneth E. West, Esquire (Trustee)
1234 Market Street
Suite 1813
Philadelphia, PA 19107