# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 20-14471-ELF

     IVA  BONELLI

     13 LANDMARK DR.

     MALVERN, PA 19355

          Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IVA  BONELLI

    13 LANDMARK DR.

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AV
    SUITE 1
    WAYNE, PA 19087-

                    /S/ Kenneth E. West

Date: 3/7/2022          _____

                    Kenneth E. West, Esquire
                    Chapter 13 Standing Trustee