United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Iva Bonelli  
    Debtor

Case No. 20-14471-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 16, 2022      Form ID: 167      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Iva Bonelli, 13 Landmark Dr., Malvern, PA 19355-2468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Defendant Iva Bonelli anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| ANTHONY A. FRIGO | on behalf of Debtor Iva Bonelli anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust lmoyer@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 167 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Plaintiff NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Iva Bonelli
  Debtor(s)

Case No: 20−14471−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association

  on: 3/29/22

  at: 09:30 AM

  in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 3/16/22

For The Court

Timothy B. McGrath
Clerk of Court

102 − 101
Form 167